UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Sovereign-Naan Of-Allodium,

    Plaintiff,

    v.                                Civil Action No. 2:21-cv-17

Lantman's Market,
KB Enterprises Inc.,

    Defendants.

## **ORDER**

On or before April 2, 2021, Defendants shall return executed their Magistrate Judge Assignment Form in accordance with Local Rule 73(c) and shall also file their Corporate Disclosure Statement(s) pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1.

Dated at Burlington, in the District of Vermont, this 25th day of March 2021.

                                                */s/ Kevin J. Doyle*
                                                Kevin J. Doyle
                                                United States Magistrate Judge