UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Sovereign-Naan Of-Allodium,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Lantman's Market and KB Enterprises Inc.,<br><br>　　　　Defendants. | Civil Action No. 2:21–cv–17 |

## ORDER OF DISMISSAL

On January 25, 2021, Plaintiff Sovereign-Naan Of-Allodium, representing himself, filed a Complaint against Defendant KB Enterprises Inc., doing business as Lantman's Market, alleging that Defendant's COVID-19 policy requiring that customers wear face masks while shopping at Lantman's Market was discriminatory and unconstitutional.  By Order dated September 22, 2021, the Court granted Defendant's motion to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted.  (Doc. 21.)

The Court provided Plaintiff an opportunity to file an Amended Complaint within 60 days of the date of the Order.  Plaintiff was further advised that failure to file an Amended Complaint within 60 days would result in dismissal of the case.  (*Id.* at 10–11.)  According to the docket of the Court, Plaintiff has not filed an Amended Complaint.  Accordingly, this case is hereby DISMISSED.  The Clerk of Court is directed to close the case file.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 6th day of December 2021.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Kevin J. Doyle*　　　　　　
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge